IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CR-99-121-T |
| | ) | |
| THERROYN GLEN MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Before the court is the government's motion for reduction of sentence pursuant to Rule 35(b) Federal Rules of Criminal Procedure. Upon consideration, the court finds the motion is meritorious and is granted.

The court's sentence of April 26, 2000 is hereby amended as follows:

> The defendant is sentenced to the custody of the Bureau of Prisons for a period of one hundred sixteen (116) months. All other provisions of the court's April 26, 2000 sentence shall remain in full force and effect.

IT IS SO ORDERED this 11th day of October, 2005.

_____
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE